# Court of Appeals
# of the State of Georgia

ATLANTA, __November 13, 2012__

*The Court of Appeals hereby passes the following order:*

**A13D0085.  SHERWIN S. PERKINS v. THE STATE.**

Sherwin S. Perkins has filed a pro se application for discretionary appeal from the trial court's order dismissing his extraordinary motion for new trial.  The trial court's order was entered on May 18, 2012, and Perkins filed his application on August 30, 2012.[1]

We lack jurisdiction because Perkins's application is untimely.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Perkins filed his application 104 days after entry of the order he seeks to appeal.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __11/13/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Perkins filed his application in the Supreme Court, which transferred the matter here.